UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIC BROWN, | ) | Case No.: 1:25 CV 1920 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Defendant | ) | |

This action has been consolidated with Lead Case: *In re Union Home Mortgage Corp. Data Breach Litig.*, Case No. 1: 25-cv-1874. All future pleadings, motions, briefs, and other papers shall be filed in that case, which shall hereinafter be a Consolidated Action. This action shall be administratively closed.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 2, 2025